**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**NOVEMBER 20, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of       Case Number: **07 C 6578**

Matthew C. Charles
   v.
Rush North Shore Medical Center

**LI**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Matthew C. Charles, Plaintiff

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE DENLOW**

| NAME (Type or print) |
| --- |
| Donald S. Rothschild |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Donald S. Rothschild |
| FIRM |
| Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd. |
| STREET ADDRESS |
| 835 McClintock Drive, Second Floor |
| CITY/STATE/ZIP |
| Burr Ridge, IL 60527 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 2402963 | 630/655-6000 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐