**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**NOVEMBER 20, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Matthew C. Charles
   v.
Rush North Shore Medical Center

Case Number: **07 C 6578**

**LI**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Matthew C. Charles, Plaintiff

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE DENLOW**

| | |
|---|---|
| NAME (Type or print) <br> Sara L. Spitler | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Sara L. Spitler | |
| FIRM <br> Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd. | |
| STREET ADDRESS <br> 835 McClintock Drive, Second Floor | |
| CITY/STATE/ZIP <br> Burr Ridge, IL 60527 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6270658 | TELEPHONE NUMBER <br> 630/655-6000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |