IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW C. CHARLES,<br><br>    Plaintiff,<br><br>v.<br><br>RUSH NORTH SHORE MEDICAL CENTER,<br><br>    Defendant. | No. 07 C 6578<br><br>Judge Gettleman<br><br>Magistrate Judge Denlow |

## NOTICE OF MOTION

On Tuesday, January 29, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the before the Honorable Robert W. Gettleman or any judge sitting in his stead, in Courtroom 1703, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **MOTION TO DISMISS COUNT II**.

    Respectfully submitted,

    RUSH NORTH SHORE MEDICAL CENTER


    By: s/ Christopher L. Nybo
           One of Its Attorneys

Bruce R. Alper, Bar No. 03122801
Christopher L. Nybo, Bar No. 06278147
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601-1003
(312) 609-7500
Dated: January 18, 2007

CHICAGO/#1738577.1 1/18/08

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he caused copies of the foregoing NOTICE OF MOTION to be served upon:

Donald S. Rothschild
Sara L. Spitler
Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd.
835 McClintock Drive, Second Floor
Burr Ridge, Illinois 60527

by electronic means on January 18, 2008.

s/ Christopher L. Nybo

Christopher L. Nybo