IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW C. CHARLES,<br><br>    Plaintiff,<br><br>v.<br><br>RUSH NORTH SHORE MEDICAL CENTER,<br><br>    Defendant. | No. 07 C 6578<br><br>Judge Gettleman<br><br>Magistrate Judge Denlow |

## CORPORATE DISCLOSURE STATEMENT

Defendant, RUSH NORTH SHORE MEDICAL CENTER ("Rush"), pursuant to Local Rule 3.2, states that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

Respectfully submitted,

RUSH NORTH SHORE MEDICAL CENTER

By:  s/ Christopher L. Nybo
        One of Its Attorneys

Bruce R. Alper, Bar No. 03122801
Christopher L. Nybo, Bar No. 06278147
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601-1003
(312) 609-7500
Dated: January 18, 2007

CHICAGO/#1735501.1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he caused copies of the foregoing CORPORATE DISCLOSURE STATEMENT to be served upon:

> Donald S. Rothschild
> Sara L. Spitler
> Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd.
> 835 McClintock Drive, Second Floor
> Burr Ridge, Illinois  60527

by U.S. Mail on January 18, 2008.

s/ Christopher L. Nybo
_____
Christopher L. Nybo