## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6578 | **DATE** | 2/4/2008 |
| **CASE TITLE** | CHARLES vs. RUSH NORTH SHORE MEDICAL CENTER | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 1/29/2008 regarding motion to dismiss9. Response is due by 2/26/2008. Reply is due by 3/11/2008. Joint status report is due by 4/17/2008. Status hearing set for 4/24/2008 at 09:00 a.m.

| | Courtroom Deputy Initials: | JS |
|---|---|---|