**UNITED STATES DISTRICT OF ILLINOIS**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MATTHEW C. CHARLES, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  07 C 6578 |
| | ) | |
| v. | ) | Judge Gettleman |
| | ) | |
| RUSH NORTH SHORE | ) | |
| MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS COUNT II**

NOW COMES Plaintiff, MATTHEW C. CHARLES, by and through his attorneys, DONALD S. ROTHSCHILD and SARA L. SPITLER of GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC and HOFF, Ltd, and for his **MOTION TO VOLUNTARILY DISMISS COUNT II**, states as follows:

1.      This is a suit in equity authorized and instituted pursuant to the Americans with Disabilities Act, ("ADA"), 42 U.S.C. §12101 *et seq.* and The Family and Medical Leave Act of 1993 ("FMLA"), 29 U.S.C. §2601 et seq.

2.      This action was filed on November 20, 2007, following the issuance by the EEOC of a Notice of Right to Sue with regard to a Charge filed with the EEOC on September 27, 2006.

3.      Count II of the Complaint filed by Plaintiff in this action asserts a claim for failure to reasonably accommodate pursuant to the ADA.

4.      Defendant has filed a Motion to Dismiss Count II asserting that the failure to accommodate claim is beyond the scope of the Charge filed by Plaintiff with the EEOC, and, accordingly, that Plaintiff failed to exhaust his administrative remedies with regard to such claim.

5.      In response to said Motion to Dismiss, Plaintiff hereby moves to voluntarily dismiss

Count II of his Complaint.

     6.     Plaintiff additionally requests that Defendant be ordered to answer Counts I, III and IV of the Complaint by a date certain.  This action was filed on November 20, 2007, and more than ninety (90) days have passed without any answer or response by Defendant to Counts I, III and IV of the Complaint.

     WHEREFORE, Plaintiff, MATTHEW CHARLES, respectfully requests that this Court enter an Order dismissing Count II of the Complaint and requiring Defendant, RUSH NORTH SHORE MEDICAL CENTER, to answer Counts I, III and IV of the Complaint forthwith.

     Respectfully submitted,

     MATTHEW C. CHARLES,

     By:    /s/ Donald S. Rothschild
           One of his attorneys

Donald S. Rothschild
Sara L. Spitler
GOLDSTINE, SKRODZKI, RUSSIAN,
NEMEC and HOFF, LTD.
835 McClintock Drive
Burr Ridge, IL  60527
(630) 655-6000

361433.1