**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MATTHEW C. CHARLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07 C 6578 |
| | ) | |
| RUSH NORTH SHORE | ) | |
| MEDICAL CENTER, | ) | Judge Gettleman |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   Bruce R. Alper
  Christopher L. Nybo
  Vedder Price P.C.
  222 North LaSalle Street, Suite 2600
  Chicago, IL 60601

Please take notice that on the day 4th of March, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gettleman, or any judge sitting in his stead in the United States District Court, 219 S. Dearborn Street, Chicago, Illinois, Courtroom 1703 , and present **PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS COUNT II**, a copy of which is hereby served upon you.

By:   /s/ Donald S. Rothschild

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that a true and correct copy of said document was served upon all parties of record, pursuant to ECF as to Filing Users on this 26th day of February, 2008.

  /s/ Donald S. Rothschild

Donald S. Rothschild
Sara L. Spitler
Goldstine, Skrodzki, Russian,
Nemec and Hoff, Ltd.
835 McClintock Drive, Second Floor
Burr Ridge, Illinois 60527
(630) 655-6000

361546.1