# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6578 | **DATE** | 3/6/2008 |
| **CASE TITLE** | Matthew Charles　vs　Rush North Shore Medical Center | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion to voluntarily dismiss count II is granted. Defendant's answer to other counts is due by 3/11/2008.

[Telephone notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|