**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Matthew C. Charles
                              Plaintiff,

v.                                         Case No.: 1:07−cv−06578
                                                    Honorable Robert W. Gettleman

Rush North Shore Medical Center
                              Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Morton Denlow for the purpose of holding proceedings related to: discovery supervision and settlement.(gds, ) mailed notices notice.

Dated: April 29, 2008

                                                                               /s/ Robert W. Gettleman

                                                                               United States District Judge