# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6578 | **DATE** | 8/6/2008 |
| **CASE TITLE** | Matthew C. Charles   vs   Rush North Shore Medical Center | | |

**DOCKET ENTRY TEXT:**

Status hearing held. By agreement, this cause is dismissed without prejudice and without costs with leave to reinstate on or before 9/4/2008. Upon failure to file a timely motion to reinstate, the dismissal with prejudice will become final in all events on 9/5/2008.
The Court retains jurisdiction to enforce the settlement.

[Docketing to mail notice]

00:04

| | Courtroom Deputy | |
|---|---|---|