## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6578 | **DATE** | 9/5/2008 |
| **CASE TITLE** | Matthew C. Charles    vs    Rush North Shore Medical Center | | |

**DOCKET ENTRY TEXT:**

This case is dismissed with prejudice.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|